450 A.2d 1067

Commonwealth v. Martin, Appellant.

Petition for Allowance of Appeal
Denied Dec. 29, 1982.

Submitted October 21, 1981. E. J. O'Halloran, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Order affirmed.